# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:18 cv 31

| | | |
|---|---|---|
| **HYNES INDUSTRIES, INC. and** | ) | |
| **AMERICAN ROLL FORMED** | ) | |
| **PRODUCTS CORP.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SCHLETTER INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Pending before the Court are the motions for *pro hac vice* admission [# 4, # 5, # 6, # 7] filed by Brian Darer, counsel for Plaintiffs.

Upon review of the motions, it appears that John A. Gambill, Peter D. Welin, Jennifer D. Armstrong, and Richard W. Cline are all members in good standing with the Ohio Bar and will be appearing with Brian Darer, a member in good standing with the Bar of this Court. Additionally, all applicants have paid the requisite admission fee.

Accordingly, the Court **GRANTS** the motions [# 4, # 5, # 6, # 7]. The Court **ADMITS** John A. Gambill, Peter D. Welin, Jennifer D. Armstrong, and Richard W. Cline to practice *pro hac vice* before the Court while associated with local counsel.

Signed: February 13, 2018

Dennis L. Howell
United States Magistrate Judge