# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 cv 31

| | |
|---|---|
| **HYNES INDUSTRIES, INC.** and **AMERICAN ROLL FORMED PRODUCTS CO.**, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )      **ORDER** |
| **SCHLETTER INC.**, | )<br>)<br>) |
| Defendant. | )<br>) |

Pending before the Court are the motions for *pro hac vice* admission [# 24, # 25] filed by Scott M. Tyler, counsel for Defendant Schletter, Inc.

Upon review of the motions, it appears that David Peter Faud and Darren S. Teshima are both members in good standing with the California Bar and will be appearing with Scott M. Tyler, a member in good standing with the Bar of this Court. Additionally, all applicants have paid the requisite admission fee.

Accordingly, the Court **GRANTS** the motions [# 24, # 25]. The Court **ADMITS** David Peter Faud and Darren S. Teshima to practice *pro hac vice* before the Court while associated with local counsel.

Signed: February 20, 2018

Dennis L. Howell
United States Magistrate Judge